## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| RICHARD MAIKE<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION AND EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendants. | Case No.: 4:17-cv-00025-JHM<br><br>**NOTICE OF SETTLEMENT** |

 Plaintiff Richard Maike ("Plaintiff") by and through his undersigned counsel, hereby notifies the Court that the Plaintiff has reached a settlement with Defendant Equifax Information Services LLC ("Equifax") (hereinafter Equifax together with Plaintiff referred to as "Parties") in the above-referenced matter. The Parties are in the process of finalizing the settlement, whereupon Plaintiff will file a Notice of Dismissal with Prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

 Respectfully submitted this 24th day of July, 2017.

> By: */s/ Joon N. Kee*
> Joon N. Kee
> Attorney for Plaintiff
> McCarthy Law PLC
> 4250 N. Drinkwater Blvd. Ste.320
> Scottsdale, AZ 85251
> Phone: 602-456-8900
> Fax: 602-218-4447
> Email: joon.kee@mccarthylawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Joon N. Kee*